IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

VICKY WINKLER, Liquidating Trustee for the Liquidating Trust for the Estates of Professional Veterinary Products, Ltd., Exact Logistics, LLC and ProConn, LLC;

Plaintiff,

vs.

STEPHEN J. PRICE, TARA P. CHICATELLI, JAMIE C. MEADOWS, THOMAS E. WAKEFIELD, DONALD R. FOGLE, RHONDA L. PIERCE, A. DONALD JANEZIC, JR., VICKY WILKEY, SCOTT A. SHUEY, EILEEN S.H. MORRIS, JAMES A. HOFFMAN, CHARLES W. LUKE,

Defendants.

8:13CV52

ORDER

This matter is before the court on the Report and Recommendation of U.S. Bankruptcy Court Judge Timothy J. Mahoney, Filing No. 2. The parties filed a joint motion to withdraw reference in this case. Filing No. 1.

The court finds that pursuant to 28 U.S.C. § 157(d) and NEGenR 1.5(b)(2) and for good cause shown that the Report and Recommendation should be adopted in its entirety.

THEREFORE, IT IS ORDERED THAT:

1. The Report and Recommendation of U.S. Bankruptcy Court Judge Timothy J. Mahoney, Filing No. 2, is adopted in its entirety;

2. The motion to withdraw reference, Filing No. 1, is granted; and

3. The referral of this case to Bankruptcy Court for the District of Nebraska is withdrawn. The magistrate judge shall progress the case.

Dated this 15th day of February, 2013.

                                                BY THE COURT:

                                                s/ Joseph F. Bataillon
                                                United States District Judge