IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| VICKY WINKLER, | ) | CASE NO. 8:13-cv-00052 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER OF DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| STEPHEN J. PRICE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the joint stipulation of the parties, Filing No. 54. Being fully advised in the premises, the Court hereby orders that the Plaintiff's claims against Thomas E. Wakefield, Donald R. Fogle, Rhonda L. Pierce, A. Donald Janezic, Vicky Wilkey, Scott A. Shuey, Eileen S. H. Morris, James A. Hoffmann, and Charles W. Luke are dismissed, with prejudice.

Nothing in this Order affects the Plaintiff's claims against Stephen J. Price, Tara P. Chicatelli and Jamie C. Meadows.

Dated this 6th day of May, 2015.

BY THE COURT:

   s/Joseph F. Bataillon
Hon. Joseph F. Battalion
Senior United States District Judge

1287604

1