IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| VICKY WINKLER, Liquidating Trustee, | ) | Case No. 8:13cv52 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| STEPHEN J. PRICE, TARA P. CHICATELLI, and JAMIE C. MEADOWS, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

Upon the email notice of settlement given to the magistrate judge by Timothy Thalken, counsel for Defendant,

**IT IS ORDERED:**

1. On or before **August 3, 2015,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Senior District Judge Joseph F. Bataillon at Bataillon@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The final pretrial conference set for July 27, 2015, with the undersigned is cancelled upon the representation that this case is settled.

Dated this 3rd day of June 2015.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge