IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| VICKY WINKLER, | ) | CASE NO. 8:13-cv-00052 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER OF DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| STEPHEN J. PRICE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the joint stipulation of the parties, Filing No. 59. Being fully advised in the premises, the Court hereby orders that the Plaintiff's claims against Stephen J. Price, Tara P. Chicatelli and Jamie C. Meadows are dismissed, with prejudice, with each party to pay their own attorney fees and costs.

IT IS SO ORDERED.

Dated this 5th day of August, 2015.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge

1333072